## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**THADDEUS M. McKINNON,**

       **Petitioner,**

**v.**                        **CASE NO. 4:11-cv-469-MW/CAS**

**MICHAEL D. CREWS, Secretary,**
**Florida Department of Corrections,**

       **Respondent.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and

Recommendation, ECF No.31, filed June 16, 2014, and has reviewed *de novo*

Plaintiff's objections to the report and recommendation, ECF No. 32.

Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion.  The Clerk shall enter judgment stating,

"Petitioner's § 2254 petition, ECF No. 1, is **DENIED**.  A certificate of

appealability is **DENIED**, and leave to appeal in forma pauperis is **DENIED**." The

Clerk shall substitute Michael D. Crews for Kenneth S. Tucker as Respondent.

The Clerk shall close the file.

**SO ORDERED on July 3, 2014.**

**s/Mark E. Walker**
**United States District Judge**